# Exhibit 1

February 13, 2025

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Senior Investigative Reporter, Bloomberg News
Address:
Email: jasonleopold@gmail.com and jleopold15@bloomberg.net

RECORDS SOUGHT
I request disclosure from the Securities and Exchange Commission the following records:

1. All emails (including attachments) sent and received by Acting Chairman Mark T. Uyeda. This includes his internal, official work email address as well as his public facing email address.
2. All text messages sent and received by Acting Chairman Mark T. Uyeda.
3. All letters, memos, reports, sent and received by Acting Chairman Mark T. Uyeda.
4. Acting Chairman Mark T. Uyeda's calendars.
5. All brief books and materials prepared for Acting Chairman Mark T. Uyeda.

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

SEC should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS

Please interpret the scope of this request broadly. The SEC is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

Request - 25-01529-FOIA                                                                            ← Back

## Request Details

| | |
|---|---|
| Date Requested | 02/12/2025 |
| Received Date | 02/13/2025 |
| Status | Closed |

## General Information

The Securities and Exchange Commission (SEC) maintains public and non-public records. Many records, such as registration statements and reports filed by regulated companies and individuals, SEC decisions and releases, staff manuals, no-action and interpretive letters, and public comments on proposed rules, can be viewed and printed for free by using the SEC on-line search feature. Please use the form below to obtain non-public records, such as records compiled in investigations, consumer complaints, and staff comment letters. We will release non-public records, unless the record is protected by one of nine FOIA exemptions. If we can reasonably segregate or delete exempt information from a requested record, we will release to you the rest of the record. You may also use the form below for records not posted to the web (usually dated prior to 1996) including SEC records and documents, historic Commission filings, special reports and studies, speeches, and testimony. If you have submitted a request to the SEC you can check your status of the request by selecting "Request Status".
Contact Sec if you have any difficulties using this form please send a fax to 202-772-9337.

If you are requesting Electronic Certification of Edgar Filings  please click here.

Fields marked with an asterisk (*) are required

| | | |
|---|---|---|
| Action Office | HQ | ⌄ |
| Action Office Instructions | United States | |
| Request Type | FOIA | ⌄ |
| Requester Category | News Media | ⌄ |
| Delivery Mode | E-mail | ⌄ |

## Shipping Address

| | | | |
|---|---|---|---|
| Address 1 | | City | |
| State | California ⌄ | State (Other) | |
| Country | United States ⌄ | Zip Code | |

## Request Information

Please submit only one company or entity name per request. Do not Submit Multiple subject in one request. Provide a clear and complete description of document(s) requested. If you do not know the specific date, you must provide a date range, i.e. month and/or year

**Include in description if known:**
 Film/Document Control #
- File Number
- CIK #

**If you have any attachments to provide describing your request select "Add Attachment".**

| | |
|---|---|
| Description | Acting Chairman Mark T. Uyeda |
| Date Range for Record Search: From(mm/dd/yyyy) | To (mm/dd/yyyy) |

One file only.
1000 MB limit.
Allowed types: txt, pdf, doc, docx

Description Document        🖉 Add Attachment

## Fee Information

\*\*To avoid delays in processing your request, please provide your willingness to pay at least $61.Pre-authorization of fees to a specific dollar amount in your request letter will speed the processing of your FOIA request. However, do not send pre-payment for your request. If you incur billable charges, an itemized invoice will accompany our final response to your request. You will be provided the option of paying the invoice online or by mail. Note that if fees are likely to exceed $250, the SEC does have the discretion to require advance payment prior to commencing any work.

Willing Amount ($)

| 0.00 |

**Requesting a Fee Waiver**
If you are seeking a fee waiver, it is your responsibility to provide detailed information to support your request. You must submit this information with your FOIA request. Each fee waiver request is judged on its own merit. TheSEC does not grant "blanket" fee waivers. The fact that you have received a fee waiver in the past does not mean you are automatically entitled to a fee waiver for other requests you submit, because an essential element of any fee waiver determination is whether the release of the particular documents sought will likely contribute significantly to public understanding of the operations or activities of the Government

**Fee Waiver**

If you are own merit. The SEC does not grant "blanket" fee waivers. The fact that you have received a fee waiver in the past does not mean you are automatically entitled to a fee waiver for other requests you submit, because an essential element of any fee waiver determination is whether the release of the particular documents sought will likely contribute significantly to public understanding of the operations or activities of the Government.

An essential element of any fee waiver determination is whether the release of the particular records sought will likely contribute significantly to public understanding of the operation or activities of the Government. The SEC will release records responsive to a request without charge or at a reduced rate if the SEC determines, based on all available information, that you have demonstrated that disclosing the information is:

  1. Is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and

  2. Is not primarily in your commercial interest.

In deciding whether you have met the criteria above, the SEC will consider the following factors:

  1. The subject of the request must concern identifiable operations or activities of the Federal government, with a connection that is direct and clear, not remote or attenuated.

  2. The disclosable portions of the requested records must be meaningfully informative about government operations or activities to be "likely to contribute" to an increased public understanding of those operations or activities. Information that already is in the public domain, in either the same or a substantially identical form, would not contribute to such understanding.

  3. The disclosure must contribute to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to your individual understanding. The SEC will consider your expertise in the subject area as well as your ability and intention to effectively convey information to the public.

  4. The public's understanding of the subject must be enhanced to a significant extent by the disclosure.

Fee Waiver Requested       ☑ 🖉 Add Attachment

Fee Waiver Granted         TBD

Fee Waiver Request Reason

| Please see attachment |

**Cost Details :**

Willing to Pay All Fees    ☐

## Expedite Information

Expedite Requested    ☐

If you would like expedited treatment you must show "compelling need" in one of two ways: by establishing that your failure to obtain the records quickly "could reasonably be expected to pose an imminent threat to the life or physical safety of an individual"; or, if you are a "person primarily engaged in disseminating information," by demonstrating that an "urgency to inform the public concerning actual or alleged Federal Government activity" exists.

Expedite Reason

**Privacy Act Statement**

---

**The information requested by the New Requester Registration Form is collected to efficiently and accurately process record requests and administrative appeals under the FOIA and PA, as well as access, notification, and amendment requests and appeals under the PA. Additionally the information may be used to assist the Securities and Exchange Commission (SEC) in carrying out any other responsibilities under the FOIA or PA including reporting requirements, such as the Annual FOIA Report. Information collected in the New Requestor Registration page will allow the PAL system to send status updates to the Requestor through email. The authority for the collection of the information is the Freedom of Information Act (FOIA), 5 U.S.C. § 552, the Privacy Act of 1974, as amended, 5 U.S.C. § 552a, and SEC Rule 83 (17 CFR 200.83). The SEC will only share information from within the FOIA and PA program with external organizations when required by statute, executive order, regulation, or policy and for the response of a FOIA and/or PA request. Additional information about the permitted uses of the information can be found in System of Records Notice SEC-24, "Freedom of Information and Privacy Act Requests." Providing the information requested is voluntary. The requestor can still obtain a status of their FOIA request by entering the case number of the request into the PAL system. A requestor that does register will be able to receive email status updates and to see additional information about their requests.**

© 2016 U.S. Securities and Exchange Commission.



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

# Exhibit 2

Office of FOIA Services

February 13, 2025

Mr. Jason Leopold
Bloomberg News

Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
     Request No. **25-01529-FOIA**

Dear Mr. Leopold:

This letter is an acknowledgment of your FOIA request dated
February 12, 2025, and received in this office on February 13,
2025, for records regarding Acting Chairman Mark T. Uyeda.

Your request has been assigned tracking number 25-01529-
FOIA.  Your request will be assigned to a Research Specialist
for processing and you will be notified of the findings as soon
as possible.  We will be unable to respond to your request
within the Freedom of Information Act's twenty day statutory
time period, as there are unusual circumstances which impact on
our ability to quickly process your request.  Therefore, we are
invoking the 10 day extension.  These unusual circumstances are:
(a) the need to search for and collect records from an
organization geographically separated from this office; (b) the
potential volume of records responsive to your request; and (c)
the need for consultation with one or more other offices having
a substantial interest in either the determination or the
subject matter of the records.  For these reasons, we will
process your case consistent with the order in which we received
your request.

If you do not receive a response after thirty business days
from when we received your request, you have the right to seek
dispute resolution services from an SEC FOIA Public Liaison or
the Office of Government Information Services (OGIS).  A list of
SEC FOIA Public Liaisons can be found on our agency website at
https://www.sec.gov/oso/contact/foia-contact.html.  OGIS can be
reached at 1-877-684-6448 or Archives.gov or via email at
ogis@nara.gov.

In the interim, if you have any questions about your
request, you may contact this office by calling (202) 551-7900,
or sending an e-mail to foiapa@sec.gov.  Please refer to your
tracking number when contacting us.

Jason Leopold                                    25-01529-FOIA
February 13, 2025
Page Two


    For additional information, please visit our website at
www.sec.gov and follow the FOIA link at the bottom.

                Sincerely,

                Office of FOIA Services



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

# Exhibit 3

**Office of FOIA Services**

February 18, 2025

Mr. Jason Leopold
Bloomberg News


         Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
              Request No. **25-01529-FOIA**

Dear Mr. Leopold:

     This letter is in reference to your request, dated and
received in this office on February 13, 2025, for the following
records concerning Acting Chairman Mark T. Uyeda from January
20, 2025 to February 17, 2025.

   1. All emails (including attachments) sent and received by
      Acting Chairman Mark T. Uyeda. This includes his internal,
      official work email address as well as his public facing
      email address.
   2. All text messages sent and received by Acting Chairman Mark
      T. Uyeda.
   3. All letters, memos, reports, sent and received by Acting
      Chairman Mark T. Uyeda.
   4. Acting Chairman Mark T. Uyeda's calendars.
   5. All brief books and materials prepared for Acting Chairman
      Mark T. Uyeda.


     You requested a fee waiver of all costs associated with
your request. Based on the information you provided, we placed
you in the "news media" fee category. As such, search and
review services are free of charge. Additionally, we typically
release records electronically and do not charge copy costs.
Accordingly, your request for a fee waiver is moot as fees are
unlikely to be accrued.

     We are consulting with other SEC staff regarding your
request. As soon as we complete our consultation, we will notify
you of our findings.

Mr. Jason Leopold                                    25-01529-FOIA
February 18, 2025
Page Two


        If you have any questions, please contact me at
hallr@sec.gov or (202) 551-8353. You may also contact me at
foiapa@sec.gov or (202) 551-7900. You may also contact the SEC's
FOIA Public Service Center at foiapa@sec.gov or (202) 551-
7900.  For more information about the FOIA Public Service Center
and other options available to you please see the attached
addendum.

                        Sincerely,

                        Ronnye L. Hall

                        Ronnye L. Hall
                        FOIA Lead Research Specialist


Enclosure

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov.  Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

**Exhibit 4**



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

**Office of FOIA Services**

March 31, 2025

Mr. Jason Leopold
Bloomberg News

      Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
            Request No. **25-01529-FOIA**

Dear Mr. Leopold:

    This letter is in response to your request, dated February 12, 2025, and received in this office on February 13, 2025, for the following records concerning Acting Chairman Mark T. Uyeda from January 20, 2025 to February 17, 2025.

    1. All emails (including attachments) sent and received by Acting Chairman Mark T. Uyeda. This includes his internal, official work email address as well as his public facing email address.
    2. All text messages sent and received by Acting Chairman Mark T. Uyeda.
    3. All letters, memos, reports, sent and received by Acting Chairman Mark T. Uyeda.
    4. Acting Chairman Mark T. Uyeda's calendars.
    5. All brief books and materials prepared for Acting Chairman Mark T. Uyeda.

    We will be unable to respond to your request within the Freedom of Information Act's twenty-day statutory time period, as there are unusual circumstances which impact on our ability to quickly process your request. Therefore, we are invoking the 10-day extension. These unusual circumstances are: (a) the need to search for and collect records from an organization geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with two or more other offices having a substantial interest in either the determination or the subject matter of the records. For these reasons, we will process your case consistent with the order in which we received your request.

Mr. Jason Leopold                                     25-01529-FOIA
March 31, 2025
Page 2

    We have identified more than 8,600 email records that may
be responsive to item 1 of your request.[1] Searches for items 2
through 5 of your request are ongoing, and will increase the
volume of records.

    Under the FOIA, you are considered a "Media Use" requester.
As such, you are not charged for search and review fees, and are
entitled to the first 100 pages of duplication free of charge.
However, because any responsive records would be provided to you
electronically, there will be no processing fees associated with
your request.

    Since the records are voluminous, if requested, we would
process them in our Complex track. Under 5 U.S.C. § 552(a)(6)
(D)(i) agencies may provide for multi-track processing of
requests for records based on the amount of work or time (or
both) involved in processing requests. The SEC's regulation
implementing multitrack processing is located at 17 CFR §
200.80(d)(4).

    Investigatory records generally consist of transcripts of
testimony, exhibits, and miscellaneous evidentiary materials.
Therefore, you may want to consider narrowing the scope of your
request.

    At present we anticipate that it may take thirty-six months
or more before we can begin to process a request placed in our
Complex track.

    If you are interested in having us place your request in
our Complex Track, please write or call me by **May 12, 2025** and
identify the records of interest to you. Please be advised that
if we do not hear from you within this time period, we will
assume that you have elected not to pursue your request, and it
will be administratively closed.

    If you have any questions, please contact me at hyde-
michaelsc@sec.gov or (202) 551-5816.  You may also contact me
via the SEC's FOIA Public Service Center at foiapa@sec.gov or

---

[1] The search results may have yielded several false hits and/or duplicates,
which we cannot determine until we begin our review of the records.

Mr. Jason Leopold                                          25-01529-FOIA
March 31, 2025
Page 3


(202) 551-7900.  For more information about the FOIA Public
Service Center and other options available to you please see the
attached addendum.

                        Sincerely,

                        Carrie Hyde-Michaels
                        FOIA Branch Chief


Enclosure

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov.  Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

**Exhibit 5**

---

## Fwd:SEC Response - 25-01529-FOIA

---

**Jason Leopold (BLOOMBERG/ NEWSROOM/)** <jleopold15@bloomberg.net>                    Tue, Apr 15, 2025 at 9:37 AM
Reply-To: Jason Leopold <jleopold15@bloomberg.net>
To: laudermana@sec.gov
Cc: jasonleopold@gmail.com

Please continue processing this request in the complex track. Please note: the cutoff date is incorrect. I requested records from Jan 20 through the date the search for records begins.

Best,
Jason

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Jason Leopold
Senior Investigative Reporter
Bloomberg News

----- Original Message -----
From: laudermana@sec.gov
To: JASON LEOPOLD
At: 03/31/25 12:29:58 UTC-07:00

---

📄 **SEC Response 25-01529-FOIA.pdf**
119K

**Exhibit 6**

–––––––– Forwarded message ––––––––
From: **Lauderman, Adriana (Contractor)** <LaudermanA@sec.gov>
Date: Mon, May 12, 2025, 12:25 PM
Subject: Re: SEC Response - 25-01529-FOIA
To: jasonleopold@gmail.com <jasonleopold@gmail.com>
Cc: jleopold15@bloomberg.net <jleopold15@bloomberg.net>


Good afternoon, Jason,


Your FOIA request 25-01529-FOIA was closed, and request number 25-00020-FIFO was created based on your request to be processed in the complex track on April 15, 2025. Thank you.


Respectfully,


Adriana Lauderman (Contractor)

Senior FOIA Paralegal, C2 Alaska LLC

U.S. Securities and Exchange Commission

Office of FOIA Services

LaudermanA@sec.gov


---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Friday, May 2, 2025 3:05 PM
**To:** Jason Leopold <jleopold15@bloomberg.net>
**Cc:** Lauderman, Adriana (Contractor) <LaudermanA@SEC.GOV>
**Subject:** Re: SEC Response - 25-01529-FOIA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Can you advise as to why this request was closed?

Best,

Jason


Jason Leopold
Investigative Reporter


On Tue, Apr 15, 2025, 9:37 AM Jason Leopold (BLOOMBERG/ NEWSROOM/) <jleopold15@bloomberg.net> wrote:

> Please continue processing this request in the complex track. Please note: the cutoff date is incorrect. I requested records from Jan 20 through the date the search for records begins.
>
>
> Best,
>
> Jason
> .............................................................................................................................................................................................
> Jason Leopold
> Senior Investigative Reporter
> Bloomberg News
>
>
>
>
>
>
>
>
>
>
>
>
>
> ----- Original Message -----
> From: laudermana@sec.gov
> To: JASON LEOPOLD
> At: 03/31/25 12:29:58 UTC-07:00

DOJ.gov Freedom of Information Act Request

**Exhibit 7**



An official website of the United States government
Here's how you know



# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2082661

# Success!

## Your FOIA request has been created and is being sent to the Securities and Exchange Commission.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Ray J. McInerney, FOIA Officer

202-551-7900

foiapa@sec.gov

DOJ Ago Freedom of Information Act Request

Aaron Taylor, FOIA Branch Manager

202-551-7900

foiapa@sec.gov

Carmen Mallon, FOIA Branch Manager

202-551-7900

foiapa@sec.gov

Carrie Hyde-Michaels, FOIA Branch Manager

202-551-7900

foiapa@sec.gov

Lizzette Katilius, FOIA Branch Chief

202-551-7900

foiapa@sec.gov

Ray J. McInerney
FOIA Officer
Office of FOIA Services
100 F Street, NE, Mail Stop 2465
Washington, DC 20549-2465

foiapa@sec.gov

# Request summary

DOJ.gov Freedom of Information Act Request

Request submitted on **April 15, 2025**.

The confirmation ID for your request is **2082661**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Jason Leopold

**Mailing address**

**Phone number**

**Company/organization**
Bloomberg News

**Email**

Freedom of Information Act Request

jasonleopold@gmail.com

## Your request

I request disclosure from the SEC the following records: 1. All emails (including attachments) sent and received by Acting Chairman Mark T. Uyeda. This includes his internal, official work email address as well as his public facing email address. 2. All text messages sent and received by Acting Chairman Mark T. Uyeda. 3. All letters, memos, reports, sent and received by Acting Chairman Mark T. Uyeda. 4. Acting Chairman Mark T. Uyeda's calendars. 5. All brief books and materials prepared for Acting Chairman Mark T. Uyeda. 6. All Signal Chat messages (including messages set to disappear) from Acting Chairman Mark T. Uyeda. 7. All receipts of travel and expenses from Acting Chairman Mark T. Uyeda's government issued credit card. 8. All of Acting Chairman Mark T. Uyeda's communications referencing Elon Musk, Tesla, Department of Government Efficiency or DOGE or US DOGE Service or USDS. 9. The Memorandum of Understanding between SEC and US DOGE Service or Department of Government Efficiency and DOGE or USDS. 10. Letters or other correspondence Acting Chairman Mark T. Uyeda received from any member of Congress or a Congressional Committee and any responses to the letters or correspondence that Acting Mark T. Uyeda sent. 11. All of Acting Chairman Mark T. Uyeda's communications referencing Department of Government Efficiency or DOGE or US DOGE Service or USDS and "data." The timeframe for parts 1 through 5 of this request is Feb. 18, 2025 through the date the search for responsive records is conducted. The timeframe for parts 6 through 11 of this request is Jan. 20 through the date the search for responsive records is conducted. Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)): (A) An agency shall— (i) withhold information under this section only if— (I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in

subsection (b); or (II) disclosure is prohibited by law; and (ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and (II) take reasonable steps necessary to segregate and release nonexempt information. . . . SEC should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part. INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS Please interpret the scope of this request broadly. The SEC is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records

---

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News. I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes. Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge … if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze

DOJ.gov Freedom of Information Act/request

and freely release to members of the public. If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**The amount of money you're willing to pay in fees, if any**
$250

---

## Request expedited processing

**Expedited processing**
no



**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☑ CC3.0

❙ FREQUENTLY ASKED QUESTIONS

DOJ.gov Freedom of Information Act Request

DEVELOPER RESOURCES

AGENCY API SPEC

FOIA CONTACT DOWNLOAD

FOIA DATASET DOWNLOAD
ACCESSIBILITY

PRIVACY POLICY

POLICIES & DISCLAIMERS

JUSTICE.GOV

USA.GOV